ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MAX FREDERIC, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VILLAGE OF POSEN,

Defendant.

No. 24-cv-03677
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s);

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Court relinquishes jurisdiction and remands case, without prejudice, to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness at the Court's instance and by consent of Defendant.

SO ORDERED in No. 24-cv-03677.

Date: October 15, 2024

_____
JOHN F. KNESS
United States District Judge